Bruce H. Beckmann (BB-2952)
Rosensteel & Beckmann LLC
90 Park Avenue, Suite 1710
New York, NY 10016
Tel. (212) 808-4848
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SHARIF A. LAWSON, SR.,

                  Plaintiff

- against -

CALRAY GAS HEAT CORP.,

                  Defendant
-----------------------------------------------------------X

Civil Case No. 07 CIV 8678 (SAS)(RLE)

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant CALRAY GAS HEAT CORP. ("Calray") makes the following disclosure:

1. Calray is a non-governmental corporate party;

2. Calray has no parent corporation;

3. Calray is not a publicly held corporation and there is no publicly held corporation that owns 10% or more of Calray's stock.

Dated: New York, NY
         January 2, 2008

ROSENSTEEL & BECKMANN LLC

By: _____
    Bruce H. Beckmann (BB-2952)

90 Park Avenue – Suite 1710
New York, NY 10016
Tel. (212) 808-4848

(*Attorneys for Defendant*)

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for plaintiff, hereby certifies that a true copy of the within Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was served by regular mail upon Sharif A. Lawson, Sr., Plaintiff *pro se*, this 2nd day of January, 2008.

BRUCE H. BECKMANN (BB-2952)