UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
: 
SHARIF A. LAWSON, SR.,
:         ORDER OF
          Plaintiff,         DISCONTINUANCE
:
-against-         :         07 Civ. 8678 (SAS)
:
CALRAY GAS HEAT CORP.,
:
          Defendant.
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            March 7, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/10/08]

## - Appearances -

**Plaintiff (Pro Se):**

Sharif A. Lawson, Sr.
599 Walton Avenue
Bronx, NY 10451

**For Defendant:**

Bruce H. Beckmann, Esq.
Rosensteel & Beckmann LLC
90 Park Avenue, Suite 1710
New York, NY 10016
(212) 808-4850