Bruce H. Beckmann (BB-2952)
Rosensteel & Beckmann LLC
90 Park Avenue, Suite 1710
New York, NY 10016
Tel. (212) 808-4848
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SHARIF A. LAWSON, SR.,

                            Plaintiff

            - against -

CALRAY GAS HEAT CORP.,

                            Defendant
-------------------------------------------------------X

Civil Case No. 07 CIV 8678 (SAS)(RLE)

**STIPULATION AND ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, pursuant to Fed. R. Civ. P. 41(a)(ii), that this action, and all claims and counterclaims, are hereby dismissed with prejudice and without costs.

Dated: New York, NY
           March 21, 2008

ROSENSTEEL & BECKMANN LLC

By: _____
/Bruce H. Beckmann (BB-2952)
90 Park Avenue – Suite 1710
New York, NY 10016
Tel. (212) 808-4848
*(Attorneys for Defendant)*

_____
SHARIF A. LAWSON, SR.
599 Walton Avenue (3d Fl)
Bronx, NY 10451
Tel. (212) 234-5515
*(Plaintiff Pro Se)*

SO ORDERED:

_____
    U.S.D.J.

3/20/08

-9-